**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ROBERT GRAY,** ***et al.*** **PLAINTIFFS**

**v. CASE NO. 4:26-CV-00745-BSM**

**SIMMONS BANK DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of October, 2026.

UNITED STATES DISTRICT JUDGE